*Aaron Simmons, Sperry Butler* and *Robert G. Fanelli* for appellant.

*Leo Praeger* and *Edmund W. Bokat* for Leonard P. Levy and others, respondents.

*Jonas J. Shapiro* and *Janet Perlman* for Louis Silverstein, respondent.

Order affirmed, with costs to respondents appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB KLEIN, Appellant.

Argued April 17, 1953; decided May 22, 1953.

*Philip R. Murray* for appellant.

*Samuel Faile, District Attorney (Douglas L. McGuire* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.